MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor: Troy W. Kennedy
Chapter 7 Case No. 09-43383

Please Check One:
X   Unclaimed Dividends

___ Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Kevin Neiwenhuis<br>3435 East Lake Street<br>Orono, MN  55356 | 9 | $3,150.00 | $30.45 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATE: February 16, 2011

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179